# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00528-CV

**Ava Sue Anderson Vercher, Appellant**

**v.**

**Trimmings, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 86,041, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on March 1, 2018. On appellant's motion, the time for filing was extended to May 30, 2018. Appellant has now filed a second amended motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than July 31, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on June 14, 2018.

Before Justices Puryear, Pemberton, and Bourland